## ATTORNEY\CLIENT AGREEMENT
## BANKRUPTCY RETAINER AGREEMENT

FEES: __1000.00__          TOTAL PAID: ~~~~ $750.00

COSTS: __400.00__          BALANCE DUE: $650.00

(#1400 total)   C to be paid in Full prior to Filing

I (We), __ABEL MARTINEZ__ hereby agree to retain the law offices of JOHN TREPEL & ASSOCIATES, LLC to represent me (us) in the matter of

## CHAPTER 7/~~CHAPTER 13~~ BANKRUPTCY

I (We) give and grant unto the said law offices full power and authority to do and perform all and every act and thing whatsoever, including executing drafts and releases, requisite and necessary to be done in and about the case, as fully, to all intents and purposes, as I (we) might or could do if personally present, hereby ratifying and confirming all that the said law offices shall lawfully do or cause to be done by virtue hereof.

In consideration of the above, I (we) agree to pay JOHN TREPEL & ASSOCIATES, LLC a retainer of $ __1,400__ which will be applied towards the total fee. I (we) have paid $ __750.00__ towards that retainer upon the signing of this agreement. The bankruptcy petition and accompanying documents will not be filed until the entire retainer is paid in full. Above is for a routine Chapter 7/Chapter 13 bankruptcy.

In addition to the above fee, I (We) agree to pay all costs and expenses incurred by JOHN TREPEL & ASSOCIATES, LLC in connection with the defense, settlement or prosecution of the above- named case. I (We) agree to reimburse JOHN TREPEL & ASSOCIATES, LLC in the amount of the actual expenses so incurred, regardless of the outcome of the case and upon request by JOHN TREPEL & ASSOCIATES, LLC. Any fees and costs paid will be deemed earned at the time of payment and will immediately become the property of JOHN TREPEL & ASSOCIATES, LLC All fees and costs will be deposited into a normal business account, not a separate trust account. Any excess costs will be additional attorney fees. Client agrees to any fee splitting arrangements chosen between JOHN TREPEL & ASSOCIATES, LLC and its associates whom are independent contractors.

**Any balance owed by client for attorney's fees and costs will be paid prior to the Chapter 7 or a 13 being filed with the Bankruptcy Court.**

I (We) hereby authorize JOHN TREPEL & ASSOCIATES, LLC to destroy and discard my (our) file after three (3) years from the completion of all work done on the file, without any further notice to me (us). I (we) understands that at

anytime prior thereto, I (we) may obtain my (our) file upon written notice, sent by certified mail, return receipt requested, and prepayment of all clerical and copying costs.

I, (We), acknowledge that I (we) have read the above attorney/client agreement fully and understand the terms of the agreement, and find the terms satisfactory, and fully intend to be completely bound by the terms of the agreement.

Dated: 2/13/22      Client: _[signature]_

Dated: _____      Client: _____

I/We, JOHN TREPEL & ASSOCIATES, LLC agree to represent  ABEL MARTINEZ

_____ under the above stated terms and conditions.

JOHN TREPEL & ASSOCIATES, LLC

By: _[signature]_

Date: 2/13/22