**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor    Abel Martinez,    Case No    23-05990    Chapter    7
Moving Creditor    Freedom Mortgage Corporation    Date Case Filed    May 5, 2023

Nature of Relief Sought:  ☒ Lift Stay    ☐ Annul Stay    ☐ Other (describe): __

**Chapter 7**
☐ No-Asset Report Filed on _____
☒ No-Asset Report not Filed, Date of Creditors Meeting    September 8, 2023

1. Collateral
   a. ☒ Home
   b. ☐ Car _____
   c. ☐ Other (describe) _____

2. Balance Owed as of August 7, 2023 $136,230.07
   Total of all other Liens against Collateral $N/A (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $220,000.00 (per Debtor's Schedules)

5. Default
   a. ☒ Contractual Default
      Number of months 3    Amount $4,051.34

   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____    Amount $_____
      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____    Amount $_____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid  Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☒ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) __
      ii. ☐ Multiple Filings
      iii. ☒ Other (describe) Material payment default

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☒ Surrender    iv. ☐ No Statement of Intention Filed

Date: 08/15/2023        Submitted By:    */s/ Kinnera Bhoopal*
                                         ARDC# 6295897
                                         McCalla Raymer Leibert Pierce, LLC